**Laquentus CHOICE, Plaintiff–Appellant,**

v.

**WERNER ENTERPRISES INC., in its assumed or common name; Driver's Management, in its assumed or common name, Defendants–Appellees.**

No. 06–10622
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 2006.

Robert G. Lee, Heygood, Orr, Reyes & Bartolomei, Irving, TX, for Plaintiff–Appellant.

Victor N. Corpuz, Jackson Lewis, Dallas, TX, for Defendants–Appellees.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Laquentus Choice ("Choice") filed an Americans with Disabilities Act discrimination suit against the defendants after he was disqualified from obtaining employment as a truck driver. The case was removed to the district court for the Northern District of Texas. Upon the conclusion of discovery, the defendants filed a motion for summary judgment. The district court granted the motion and entered final judgment dismissing Choice's suit. Choice appeals to this Court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We review a district court's grant of summary judgment *de novo. Gowesky v. Singing River Hosp. Sys.*, 321 F.3d 503, 507 (5th Cir.2003). We have carefully examined the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated in the district court's Memorandum Opinion and Order, we affirm the decision to enter final judgment against Choice.

AFFIRMED.